IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JACKSON PARSONS,

    Plaintiff,               Case No.:

vs.

WORLD WRESTLING ENTERTAINMENT, INC.,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, JACKSON PARSONS, by and through his undersigned attorney, and files this Complaint against Defendant, WORLD WRESTLING ENTERTAINMENT, INC., and in support thereof, will respectfully state unto the Court, the following:

1. This is an action for damages that exceeds the amount of Thirty Thousand Dollars ($30,000.00).

2. That the subject motor vehicle accident, the basis of this lawsuit, occurred on July 22, 2019, in Tampa, Hillsborough County, Florida.

3. At the time of the accident, the Plaintiff, JACKSON PARSONS, was a resident of Tampa, Hillsborough County, Florida, is over the age of 18, and is otherwise sui juris.

4. At the time of the accident, the Defendant, WORLD WRESTLING ENTERTAINMENT, INC., was a corporation conducting business in Hillsborough County, FL.

5. Venue is appropriate in this Court pursuant to Florida Statute § 47.011, because the cause of action occurred in this judicial circuit.

**EXHIBIT A-1**

6. That on or about July 22, 2019, the vehicle that was rented by the Defendant, WORLD WRESTLING ENTERTAINMENT, INC., was being driven by their employee and or agent, Thomas Gaitan, with the Defendant, WORLD WRESTLING ENTERTAINMENT, INC.'s permission and consent. The Defendant's employee and or agent operated the motor vehicle while in the course and scope of his employment or agency with the Defendant, WORLD WRESTLING ENTERTAINMENT, INC., and in a careless and negligent manner so as to cause a vehicular collision with the Plaintiff's bicycle that resulted in the Plaintiff being injured.

7. That as a direct and proximate result of the negligence of the Defendant, WORLD WRESTLING ENTERTAINMENT, INC.'s employee and or agent, the Plaintiff, JACKSON PARSONS, suffered physical injuries, pain and suffering, disability and the inability and loss of the capacity to lead and enjoy a normal life, inconvenience, disfigurement, scarring and mental anguish.

8. Plaintiff will continue to permanently suffer and has incurred medical expenses in the treatment of those injuries, and will further be required to incur medical expenses for his care and treatment.

9. Plaintiff has suffered a loss of earnings and earning capacity, both in the past and in the future.

10. The injuries are permanent in nature and Plaintiff, JACKSON PARSONS, will suffer these losses and this impairment in the future.

11. That as a direct and proximate result of the negligence of the Defendant, WORLD WRESTLING ENTERTAINMENT, INC., the Plaintiff, JACKSON PARSONS, suffered property damage to his bicycle.

WHEREFORE, the Plaintiff, JACKSON PARSONS, demands a trial by jury and judgment against Defendant, WORLD WRESTLING ENTERTAINMENT, INC., for an amount within the jurisdictional limits of this Court, to wit: More than Thirty Thousand ($30,000.00) Dollars plus costs, and such other relief to which the Plaintiff, JACKSON PARSONS, may be justly entitled.

*/s/ Kenneth W. Mastrilli*
KENNETH W. MASTRILLI, ESQ.
THE PAWLOWSKI//MASTRILLI LAW GROUP
1718 East 7th Avenue, Suite 201
Tampa, Florida 33605
(813) 242-4404
Florida Bar #: 0360971
E-mail for service: Litigation@megajustice.com