**PAWLOWSKI MASTRILLI**
LAW GROUP

www.megajustice.com

December 15, 2020

Brian Burgess
Berkley Entertainment
PO Box 141299
Irving, TX 75014

   Re: Our Client:   Jackson Augustus Parsons
      Your Insured:  Gaitan Thomas/World Wrestling Entertainment, Inc.
      Your Policy #:
      Your Claim #:
      D/O/A:     7/22/2019
      Place of Accident: Tampa, Hillsborough County, FL

Dear Brian:

## SETTLEMENT DEMAND

**Facts**

July 22, 2019 my client, Mr. Jackson Parsons was riding a bicycle southbound on Dale Mabry Highway, Tampa, Hillsborough County, FL, with the right-of-way, clearly positioned in a crosswalk.  The defendant, Mr. Gaitan Thomas, was exiting the Mobil gas station at the intersection of Dale Mabry Hwy, and Cypress Road.  This exit has a stop – sign, in clear visibility to Mr. Thomas.  Mr. Thomas failed to stop at the stop sign, and failed to see Mr. Parsons in the crosswalk.  Mr. Thomas struck Mr. Parsons with his car, and knocked him down.  US 301, north of Gibsonton, Hillsborough County, Florida.  The defendant driver in this case, Ms. Megan Paige Westbrook was driving in same direction/lane as my client.  Prima facie evidence shows she was not paying attention to the flow of traffic, as vehicles stopped in front of her, she was unable to stop and crashed into the rear of Mr. Abdul Alguned's car, thereby injuring him.

Officer Gary Leggett, Tampa City Police Department was dispatched to the crash scene, the Officer completed his investigation.  It was determined that Mr. Gaitan Thomas was the at-fault driver, negligent in his actions causing a crash.  *".. V1 was exiting the parking lot of the Moil gas station into the flow of n.bound traffic on N. Dale Mabry Hwy.  V1 failed to see and yield to the right-of-way of the pedalcyclist and struck him with the front bumper of V1."*

Ms. Gaitan Thomas is therefore negligent and responsible for Mr. Jackson Parsons economic damages, injuries, permanency etc., as provided by the various elements of Florida Statute 627.737.

                              **EXHIBIT D**

**Injuries**

Appropriate medical documentation is provided to you as part of this demand package. Mr. Parsons was admitted to the hospital for 3 days, and has had several subsequent surgeries which you will find documented.

**Economic Damages**
- Total medical expenses to date, $171,430.38

**Surgery / Procedures / Recommendations**
- 07.22. 2019 St. Joseph's Hospital, David Donahue MD., <u>Board Certified Othopedic Surgeon,</u> with follow-up through Florida Orthopedic Institute. Closed trimalleolar fracture left ankle with sharp, stabbing joint pain.
- 08.17.2020 Tampa Bay Orthopedic Surgery Group, Charles Davis MD, FAAOS., left knee arthroscopy and partial medial meniscectomy
- 08.25.2020 Neurology and Physical Therapy Centers of Tampa Bay, Rosanna Garner MD., <u>Board Certified Neurologist, Fellow American Association of Neuromuscular & Electrodiagnostic Medicine, Adjunct Clinical Assistant Professor of Neurology, LECOM Bradenton</u>

**Experts**
- Roberts Disability Consultants, John Roberts, M.H.S., CRC, CLCP, CCM, CDMS.
- Mulder and Kirby Economists, Brenda Mulder, MBA.
- Rosanna Garner, MD., Board Certified Neurologist, Fellow American Association of Neuromuscular & Electrodiagnostic Medicine
- Shelley Tindell – Nodine, Psy.D, licensed Psychologist

**Settlement Value**

*".. In any action of tort brought against the owner, registrant, operator, or occupant of a motor vehicle… legally responsible for her or his acts… a* **plaintiff may recover damages** *in tort for* **pain, suffering, mental anguish, and inconvenience because of bodily injury***, sickness, or disease arising out of the ownership, maintenance, operation, or use of such motor vehicle."*

In accordance with Florida Statute 627.737(2), the language is simple and straight forward, you would also add the following elements of compensation

- Pain and suffering, mental anguish, inconvenience, $250./day for 510 days $76,500.
- Future pain and suffering, $100./day for 11 yrs, 4,015. days $401,500.
- Loss of earnings, vocational expert Roberts Disability $75,036.00 to $100,048.00
- Future anticipate medical expense
    - Conservative chiropractic care, 12 mo.'s x 11yrs, $132,000.
    - Anterior cervical discectomy fusion (ACDF) surgery, $125,000.
    - MRI for LE $2,450/yr x 3years, $7,350.
- Orthopedic follow-up appointments $1,500/yr x 3years, $4,500.

- Physical therapy on LE, $500/mo x 12 mo.'s, $6,000.
- Psychological therapy and counseling x 12 mo.'s x 5yrs, $40,000.

**Discussion**

Jackson Parsons moved from New Orleans to Florida in 2014.  A product of the 60's, his Father working for NASA during that groundbreaking time, a fact Jackson is particularly proud of.  Jackson moved to  Florida to carve out his idea of the perfect work/retirement balance.  Living on his sailboat, working at 7-11 just to pay his bills; writing music and playing his guitar.   That dream was shattered, along with his ankle, on July 22, 2019.

Instead his semi-retirement lifestyle became one of pain, sympathetic pain, chronic pain, phantom pain, balance difficulties, endless doctor appointments, discovery of new maladies, and additional surgeries.  You can't ambulate in a wheelchair on a sailboat.  Jackson put it best, when he wrote, ".. All I know is my whole being is hurt."

Of course, we know that bones can be fixed, but what about Mr. Parsons? The "Florida" life he came to enjoy is gone.  After the car v pedestrian hit, he found himself living at Gandy Crossing Rehabilitation facility, learning how to walk again, and trust his ankle with weight bearing and balance.  Months later, Jackson's doctors discovered a medial meniscus tear – more surgery and rehabilitation.  He wrote on a doctors form, when asked about aggravating factors, the most basic of tasks: ".. sitting, standing, walking, moving about, changing positions."  That about says it all.

You see, it's not just about a broken bone, it is so much more.  There was a mis-diagnosis of Complex Regional Pain Syndrome, that turned out to be nerve palsy of the foot and ankle – severe and dangerous on its own, which, without physical therapy intervention would have limited his mobility with 'drop foot.'  Now, Jackson never takes a step without pain.

Let's not forget about the unending pain in his spine from multi-level herniations at C3-4 through C5-6, and L4-5.  Peace could not be found, even through sleep, as one person's negligence of not paying attention and ramming Mr. Parsons while he was in a crosswalk, would continue to wake him from his own sleep, for months.  Corrective spine surgery remains a very real possibility in his future, and should be considered a part of any settlement discussion.

Jackson Parsons needed to talk with a Professional, he met with Rosanna Garner MD, and Shelley Tindell – Nodine, Psy.D, licensed Psychologist.  Diagnosed with PTSD, depression and insomnia, and complains about pain:

- Low back pain, worsened by getting up out of a chair
- Left foot pain, worsened by weight bearing, limited ROM, weakness, numbness
- Left knee pain, due to medial meniscus and overcompensation for his left ankle
- Nervous about driving, coupled with nightmares and flashbacks
- Has not gotten on a bike since the accident
- Feels overwhelmed and depressed about his situation… angry about his injuries

Lastly, Jackson, who has a music catalog, and was a registered BMI Publisher, hasn't touched his guitar or written a song since this accident…. You see, it really is more than a broken ankle.

**Demand**
We hereby demand **$1,064,328.38** payable within 25 days please, from the above indicated date. At this time, we have provided you sufficient documentation where Berkley Entertainment Insurance Company should feel comfortable paying our demand; and I look forward to hearing from you.

Sincerely yours,

Kenneth W. Mastrilli, Esquire
THE  PAWLOWSKI // MASTRILLI LAW GROUP

KWM/btc