01-27-2021 07:45.41

## St.Joseph's Hospital, Inc.

P.O. Box 20888
Tampa, FL 336220888

Pt Name: JACKSON A PARSONS
Statement Number:
Account Number:
Bill Date: 07/31/2019

Attending Physician: Philip Atigre
Provider: St Josephs Hosp Inc
Provider Tax ID #:

# CONFIDENTIAL

07/22/2019 — 07/25/2019

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| CHARGES | | | | | |
| 07/22/2019 | 250 | | BACI + NEO + POLY 0.9G TOP OIN | 1 | 1.42 |
| 07/22/2019 | 450 | 99285 | ED VISIT LEVEL 5 | 1 | 3,257.00 |
| 07/22/2019 | 450 | 27816 | ED CL TRIMAL ANK FX W/O MANI | 1 | 203.00 |
| 07/22/2019 | 730 | 93005 | NI EKG 12 LEADS OR>TRCNG ONLY | 1 | 438.00 |
| 07/22/2019 | 305 | 85025 | CBC W/ DIFF | 1 | 235.00 |
| 07/22/2019 | 320 | 73600 | DX ANKLE 2 VIEWS | 1 | 487.00 |
| 07/22/2019 | 320 | 73600 | DX ANKLE 2 VIEWS | 1 | 487.00 |
| 07/22/2019 | 300 | 36415 | VENIPUNCTURE ROUTINE CHG | 1 | 32.00 |
| 07/22/2019 | 300 | 80053 | COMPREHENSIVE METABOLIC PNL | 1 | 601.00 |
| 07/22/2019 | 636 | 90715 | TET-DIPH-ACEL PERT VACC >7 YO | 1 | 268.20 |
| 07/22/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/22/2019 | 636 | J2405 | ONDANSETRON HCL 1 MG INJ C | 4 | 8.60 |
| 07/22/2019 | 302 | 86900 | ABO (ABO/RH PANEL) | 1 | 80.00 |
| 07/22/2019 | 324 | 71045 | DX X-RAY EXAM CHEST 1 VIEW | 1 | 569.00 |
| 07/22/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/22/2019 | 320 | 73610 | DX ANKLE COMP 3 VIEW MIN | 1 | 763.00 |
| 07/22/2019 | 320 | 73630 | DX FOOT COMP 3 VIEW MIN | 1 | 696.00 |
| 07/22/2019 | 320 | 73590 | DX TIBIA FIBULA 2 VIEWS | 1 | 848.00 |

A NOT-FOR-PROFIT HOSPITAL LICENSED BY THE STATE OF FLORIDA. IF APPLICABLE, YOU MAY CONTACT YOUR INSURANCE COMPANY FOR ADDITIONAL INFORMATION CONCERNING COST-SHARING RESPONSIBILITIES. THIS BILL DOES NOT INCLUDE ANY FEES FOR PHYSICIAN SERVICES (RADIOLOGIST, PATHOLOGIST, ANESTHESIOLOGIST, SURGEON, ETC.), WHICH MAY BE BILLED SEPARATELY. FOR INQUIRIES CALL CUSTOMER SERVICE 813-443-8072

St. Joseph's Hospital, Inc.
P.O. Box 20888
Tampa FL 336220888

ADDRESS SERVICE REQUESTED
JACKSON A. PARSONS

**EXHIBIT E**

## St.Joseph's Hospital, Inc.

P.O. Box 20888
Tampa, FL 336220888

Pt Name: JACKSON A PARSONS
Statement Number:
Account Number:
Bill Date: 07/31/2019

Attending Physician: Philip Arigre
Provider: St Josephs Hosp Inc
Provider Tax ID #:

# CONFIDENTIAL

07/22/2019 — 07/25/2019

(Continued)

| Date | Code | CPT | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/22/2019 | 320 | 73610 | DX ANKLE COMP 3 VIEW MIN | 1 | 763.00 |
| 07/22/2019 | 305 | 85730 | APTT | 1 | 186.00 |
| 07/22/2019 | 121 | | R&B MED SURG | 1 | 1,285.00 |
| 07/22/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/22/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 1 | 9.38 |
| 07/22/2019 | 302 | 86901 | RH | 1 | 80.00 |
| 07/22/2019 | 305 | 85610 | PROTHROMBIN TIME | 1 | 145.00 |
| 07/22/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/22/2019 | 636 | J2001 | LIDOCAINE 2 % 5 ML INJECTION | 40 | 58.04 |
| 07/22/2019 | 302 | 86850 | ANTIBODY SCREEN | 1 | 100.00 |
| 07/23/2019 | 300 | 80053 | COMPREHENSIVE METABOLIC PNL | 1 | 601.00 |
| 07/23/2019 | 360 | | OR SURGERY LEVEL 3 1ST 30MIN | 1 | 3,989.00 |
| 07/23/2019 | 360 | | OR SURGERY LEVEL 3 ADD 15MIN | 9 | 13,041.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 151-200 | 2 | 1,756.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 151-200 | 1 | 878.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 1 | 190.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 2 | 380.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 2 | 380.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 1 | 190.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 1 | 190.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 1 | 190.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 26-50 | 1 | 190.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 101-150 | 1 | 628.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 101-150 | 1 | 628.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 101-150 | 1 | 628.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 76-100 | 1 | 440.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 76-100 | 1 | 440.00 |
| 07/23/2019 | 278 | C1713 | C1713 ANCHOR/SCREW 701-800 | 1 | 3,002.00 |
| 07/23/2019 | 250 | | ROCURONIUM 50 MG/5 ML INJ | 2 | 49.16 |
| 07/23/2019 | 250 | | SEVOFLURANE 1ML INH | 10 | 35.64 |
| 07/23/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |

## St.Joseph's Hospital, Inc.

P.O. Box 20888
Tampa, FL 336220888

Pt Name: JACKSON A PARSONS
Statement Number:
Account Number:
Bill Date: 07/31/2019

Attending Physician: Philip Atigre
Provider: St Josephs Hosp Inc
Provider Tax ID #:

# CONFIDENTIAL

07/22/2019 — 07/25/2019

(Continued)

| Date | Code | CPT | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/23/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/23/2019 | 250 | | LIDOCAINE 2 % 20 ML INJECTION | 40 | 23.04 |
| 07/23/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/23/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/23/2019 | 121 | | R&B MED SURG | 1 | 1,285.00 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 151-200 | 1 | 878.00 |
| 07/23/2019 | 250 | | PROPOFOL 10 MG INJ C | 1 | 19.40 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 101-150 | 1 | 628.00 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 101-150 | 3 | 1,884.00 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 101-150 | 1 | 628.00 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 101-150 | 1 | 628.00 |
| 07/23/2019 | 250 | | PHENYLEPHRINE 100MCG / NS 10ML | 1 | 65.00 |
| 07/23/2019 | 272 | | ORTHO SUPPLY 26-50 | 3 | 570.00 |
| 07/23/2019 | 305 | 85025 | CBC W/ DIFF | 1 | 235.00 |
| 07/23/2019 | 370 | | AN ANESTHESIA ADD'L 15 MIN | 9 | 3,546.00 |
| 07/23/2019 | 370 | | AN ANESTHESIA 1ST 30 MIN | 1 | 818.00 |
| 07/23/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/23/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/23/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/23/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ F | 1 | 16.64 |
| 07/23/2019 | 636 | J2250 | MIDAZOLAM HCL 1 MG INJ F | 5 | 16.34 |
| 07/23/2019 | 636 | J2405 | ONDANSETRON HCL 1 MG INJ C | 4 | 8.60 |
| 07/23/2019 | 300 | 36415 | VENIPUNCTURE ROUTINE CHG | 1 | 32.00 |
| 07/23/2019 | 636 | J1100 | DEXAMETHASN SOD PHOS 1MG INJ E | 8 | 31.40 |
| 07/23/2019 | 250 | | GLYCOPYRROLATE 0.2 MG INJ B | 1 | 9.90 |
| 07/23/2019 | 636 | J3010 | FENTANYL CITRATE 100 MCG INJ O | 3 | 25.00 |
| 07/23/2019 | 306 | 87641 | SA NASAL COMPLETE P1 | 1 | 231.00 |
| 07/23/2019 | 306 | 87640 | SA NASAL COMPLETE P2 | 1 | 175.00 |
| 07/23/2019 | 250 | | SUGAMMADEX 200 MG/2 ML INJ | 1 | 523.18 |
| 07/24/2019 | 420 | 97161 | PT EVAL-LOW COMPLEXITY | 1 | 291.00 |
| 07/24/2019 | 636 | J1650 | ENOXAPARIN SODIUM 10 MG INJ G | 3 | 37.49 |

01-27-2021 07:45.44

## St.Joseph's Hospital, Inc.

P.O. Box 20888
Tampa, FL 336220888

Pt Name: JACKSON A PARSONS
Statement Number:
Account Number:
Bill Date: 07/31/2019

Attending Physician: Philip Atigre
Provider: St Josephs Hosp Inc
Provider Tax ID #:

# CONFIDENTIAL

07/22/2019 — 07/25/2019

(Continued)

| Date | Code | Code2 | Description | Qty | Amount |
|---|---|---|---|---|---|
| 07/24/2019 | 636 | J1170 | HYDROMORPHONE UP TO 4 MG INJ D | 1 | 23.36 |
| 07/24/2019 | 121 | | R&B MED SURG | 1 | 1,285.00 |
| 07/24/2019 | 320 | 73610 | DX ANKLE COMP 3 VIEW MIN | 1 | 763.00 |
| 07/24/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/24/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/24/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/24/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/24/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/24/2019 | 250 | | FERROUS SULF 325 MG TAB | 1 | 1.10 |
| 07/24/2019 | 250 | | ASCORBIC ACID 500 MG TAB | 1 | 1.10 |
| 07/24/2019 | 250 | | HYDRALAZINE 10 MG TAB | 1 | 6.66 |
| 07/24/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/24/2019 | 710 | | RR PACU PHASE I 1ST 30MIN | 1 | 796.00 |
| 07/24/2019 | 710 | | RR PACU PHASE I ADD'L 15MIN | 2 | 726.00 |
| 07/24/2019 | 636 | J0690 | CEFAZOLIN 2G / NS 50ML PREMIX | 4 | 112.50 |
| 07/24/2019 | 636 | J0690 | CEFAZOLIN 2G / NS 50ML PREMIX | 4 | 112.50 |
| 07/24/2019 | 250 | | BACITRACIN 50 000 UNITS INJ | 1 | 81.55 |
| 07/24/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/24/2019 | 250 | | MULTIPLE VITAMINS TAB | 1 | 1.07 |
| 07/25/2019 | 250 | | MILK OF MAGNESIA 30 ML LIQ | 1 | 1.20 |
| 07/25/2019 | 250 | | MULTIPLE VITAMINS TAB | 1 | 1.07 |
| 07/25/2019 | 250 | | METOPROLOL 25 MG TAB | 1 | 4.54 |
| 07/25/2019 | 250 | | FERROUS SULF 325 MG TAB | 1 | 1.10 |
| 07/25/2019 | 250 | | HYDRALAZINE 10 MG TAB | 1 | 6.66 |
| 07/25/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/25/2019 | 420 | 97116 | PT GAIT TRAINING EA 15 MIN | 1 | 128.00 |
| 07/25/2019 | 250 | | OXYCODONE + ACET 5/325MG TAB | 2 | 10.75 |
| 07/25/2019 | 250 | | ASCORBIC ACID 500 MG TAB | 1 | 1.10 |
| 07/25/2019 | 636 | J1650 | ENOXAPARIN SODIUM 10 MG INJ G | 3 | 37.49 |
| 07/25/2019 | 250 | | DOCUSATE SODIUM 100 MG CAP | 1 | 1.26 |

**Total Room/Bed Charges** $ 3,855.00

## St.Joseph's Hospital, Inc.

P.O. Box 20888
Tampa, FL 336220888

Pt Name: JACKSON A PARSONS
Statement Number:
Account Number:
Bill Date: 07/31/2019

Attending Physician: Philip Atigre
Provider: St Josephs Hosp Inc
Provider Tax ID #:

**CONFIDENTIAL**

07/22/2019 — 07/25/2019

(Continued)

| | | |
|---|---|---|
| | Total Other Charges | $ 52,515.69 |
| | Total Charges | $ 56,370.69 |
| **PAYMENTS/ADJUSTMENTS** | | |
| | Total Insurance Payments | $ 0.00 |
| | Total Insurance Adjustments | $ 0.00 |
| | Total Insurance Payments / Adjustments | $ 0.00 |
| | Total Guarantor Payments | $ 0.00 |
| | Total Guarantor Adjustments | $ 0.00 |
| | Total Guarantor Payments / Adjustments | $ 0.00 |
| | **TOTAL BALANCE DUE** | **$ 56,370.69** |

Reid
7/31/19

## Patient Ledger

Report Criteria: Patient is 'Parsons, Jackson'

Parsons, Jackson

Tampa Bay Ortho & Spine Group
1100 W Kennedy Blvd
Tampa, FL 33606

| Date | Code | Description | Provider | Amount | Running Bal |
|---|---|---|---|---|---|
| 06/03/20 | 99244 | O.V.(INITIAL) > 45 SPECIALIST MEDICAL EVALUATION | Charles W Davis MDME129293 | 975.00 | 975.00 |
| 06/03/20 | 73600 | X-RAY ANKLE 2-VIEWS | Charles W Davis MDME129293 | 150.00 | 1,125.00 |
| 06/17/20 | 99243 | OV FOLLOW UP SPECIALIST | Charles W Davis MDME129293 | 675.00 | 1,800.00 |
| 07/15/20 | 99243 | OV FOLLOW UP SPECIALIST | Charles W Davis MDME129293 | 675.00 | 2,475.00 |
| 07/15/20 | E0720 | TENS UNIT/NEW | Charles W Davis MDME129293 | 795.00 | 3,270.00 |
| 08/17/20 | 29881 | ARTHROSCOPY, KNEE, SURGICAL; WITH MENISCECTOMY (MEDIAL OR LATERAL, INCLUDING ANY MENISCAL SHAVING) INCLUDING DEBRIDEMENT/SHAVING OF ARTICULAR CARTILAGE | Charles W Davis MDME129293 | 6,801.72 | 10,071.72 |
| 08/17/20 | 29870 | ARTHROSCOPY, KNEE, DIAGNOSTIC | Charles W Davis MDME129293 | 6,246.41 | 16,318.13 |
| 08/17/20 | 29881 | ARTHROSCOPY, KNEE, SURGICAL; WITH MENISCECTOMY (MEDIAL OR LATERAL, INCLUDING ANY MENISCAL SHAVING) INCLUDING DEBRIDEMENT/SHAVING OF ARTICULAR CARTILAGE | Tampa Outpatient Surgical Facility | 7,808.01 | 24,126.14 |
| 08/17/20 | 29870 | ARTHROSCOPY, KNEE, DIAGNOSTIC | Tampa Outpatient Surgical Facility | 7,808.01 | 31,934.15 |
| 08/17/20 | 99070 | SURGICAL SUPPLIES | Tampa Outpatient Surgical Facility | 5,973.08 | 37,907.23 |
| 08/17/20 | 01382 | ANESTHESIA; KNEE JOINT SURGERY | Tampa Outpatient Surgical Facility | 1,512.00 | 39,419.23 |

Balance: 39,419.23

9/4/2020      Patient Ledger      Page 1 of 1

01-27-2021 07:46.03

## Neurology and Physical Therapy Centers of Tampa Bay
### Vincent DiCarlo, M.D. & Associates, P.A.
2835 W. De Leon St., Suite 205
Tampa, FL 33609

Tel. (813) 873-1230
Fax (813) 873-1295

Page: 1/1

09/04/2020
PARSONS, JACKSON A

### Statement of Account

| Date | CPT | Units | Services | Charges | Paid | Adj | Balance |
|---|---|---|---|---|---|---|---|
| 06/10/2020 | 85913 | 1 | NCS 13 OR MORE STUDIES | $2,100.00 | | | $2,100.00 |
| 06/10/2020 | 95886 | 2 | EMG COMPLETE EACH EXT W/NCS | $1,005.38 | | | $3,105.38 |
| 06/11/2020 | 99245 | 1 | OFFICE CONSULTATION-COMPREHENSIVE,HIGH COMPLEXITY | $790.00 | | | $3,895.38 |
| 06/17/2020 | 90791 | 1 | CONFIDENTIAL EVAL | $590.00 | | | $4,485.38 |
| 06/22/2020 | 96130 | 1 | PSYCH TESTING EVAL, INTERP, INTEG & FEEDBACK | $481.00 | | | $4,966.38 |
| 06/22/2020 | 96131 | 1 | EACH ADDT'L HR - PSYCH TESTING EVAL, INTERP, INTEG & | $481.00 | | | $5,447.38 |
| 06/22/2020 | 96136 | 1 | PSYCH/NPSYCH TESTING - 1ST 30 MINS | $241.00 | | | $5,688.38 |
| 06/22/2020 | 96137 | 2 | PSYCH/NPSYCH TEST - EACH ADDT'L 30 MINS | $482.00 | | | $6,170.38 |
| 07/01/2020 | 96130 | 1 | PSYCH TESTING EVAL, INTERP, INTEG & FEEDBACK | $481.00 | | | $6,651.38 |
| 08/25/2020 | 99499. | 1 | TELEPHONE EVAL/MGMT PHYS INITIATED (21-30 MINUTES) | $285.00 | | | $6,936.38 |
| | | | Totals | $6,936.38 | $0.00 | $0.00 | $6,936.38 |


Reid
9/4/20