UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON PARSONS,

    Plaintiff(s),

vs.                                CASE NO.:    8:21-CV-01428-CEH-AEP

WORLD WRESTLING
ENTERTAINMENT INC.,

    Defendant(s),
_____/

## MEDIATION RESULTS REPORT

A Mediation Conference was held on April 25th, 2022.

                                            (x)    Plaintiff/Petitioner appeared,

PLAINTIFF'S ATTORNEY:          (x)    Defendant/Respondent appeared.

Kenneth W. Mastrilli, Esquire

Notes to Program_____

DEFENDANT'S ATTORNEY:

Elisabeth A. Fontugne, Esquire

MEDIATOR:

Steven A. Strickland, Esquire

RESULTS:
( ) Agreement
( ) Partial Agreement / The agreement is between_____
(✗) No Agreement
( ) Canceled by_____ Reset to_____
( ) Mediation took place and is Continued (Med Date)_____ OR "Open to"_____
( ) Mediation DID NOT proceed because_____ failed to appear.

Length of Mediation Conference: 7 Hr/

_____
STEVEN A. STRICKLAND, MEDIATOR