UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON PARSONS,

    Plaintiff,                    Case No.: 8:21-CV-01428-CEH-AEP

vs.

WORLD WRESTLING
ENTERTAINMENT, INC.,

    Defendant.
_____/

## JOINT FINAL PRETRIAL STATEMENT

Pursuant to the Case Management and Scheduling Order and Local Rule 3.06(a), parties hereby serve their Joint Final Pretrial Statement and allege the following:

1. Plaintiff has alleged that the Defendant, World Wrestling Entertainment, Inc's employee, negligently operated its rental vehicle on July 22, 2019, resulting in a collision between the defendant's rental vehicle and the bicycle being driven by plaintiff as he was pedaling South on Dale Mabry Highway in Tampa, Florida.

2. Defendant admits that the driver was operating the rental vehicle while in the course and scope of his employment with World Wrestling Entertainment, Inc.

3. Plaintiff alleges permanent injuries resulted from the collision.

4. The Defendant, World Wrestling Entertainment, Inc., denies that its employee negligently operated the rental vehicle and also asserts that the plaintiff was comparatively negligent in causing his injuries.

5. Both parties have agreed to use all the applicable Florida standard jury instructions, including one on vicarious liability.

6. It is agreed upon to admit without custodians' records and bills from the below providers:

   a) St. Joseph's Hospital

   b) Emergency Medical Associates of Tampa Bay

   c) SDI Diagnostic Imaging

   d) Associated Pathologists of St. Joseph's

   e) Optimal Performance and Physical Therapies

   f) Florida Orthopedic Institute

   g) Gandy Crossing Care Center

   h) CORA Rehabilitation Clinic

   i) TransCare Medical Transport.


_____
Kenneth Mastrilli, Esquire
Pawlowski // Mastrilli Law Group
1401 E. 22nd Ave.
Tampa, FL 33605
(813) 242-4404
Florida Bar Number: 0360971
Email for service: Litigation@megajustice.com

D o r i c e   V o e c k s
_____
Dorice R. Voecks, Esquire
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa, FL 33607
(813) 509-2677
Florida Bar Number: 117991
E-mail for service: Dorice.Voecks@csklegal.com