UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JACKSON PARSONS,

Plaintiff,

v.                                           Case No: 8:21-CV-1428-CEH-AEP

WORLD WRESTLING ENTERTAINMENT, INC.,

Defendant.
_____/

## VERDICT FORM

We, the jury, return the following verdict:


1.   Was there negligence on the part of Defendant which was a legal cause of damage to Plaintiff?

     YES __X__          NO _____


**If your answer to question 1 is NO, your verdict is for the Defendant, and you should not proceed further, except to date and sign this Verdict Form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.**


2.   Was there negligence on the part of Plaintiff which was a legal cause of his damage?

     YES __X__          NO _____


**Please answer question 3**

1

3.   State the percentage of negligence which was a legal cause of damage to
     Plaintiff, Jackson Parsons, that you charge to:

     Plaintiff                              _65_ %

     Defendant                             _35_ %

                                    Total must be 100%

**In determining the amount of any damages, do not make any reduction because of
the negligence, if any, of Plaintiff. If you find Plaintiff negligent in any degree, the
Court, in entering judgment, will reduce his total amount of damages (100%) by the
percentage of negligence that you find was caused by him.**

**Please answer question 4.**

4.   What is the total amount of Plaintiff's damages for:

     a. Medical expenses incurred in the past?        $ _165,000_

     b. Medical expenses to be incurred in the future? $ _300,000_

**Please answer question 5.**

5.   What is the total amount of Plaintiff's damages for:

     a.  Lost earnings in the past?                   $ _16,500_

     b.  Loss of future earning capacity?             $ _16,500_

**Please answer question 6.**

6. What is the total amount of Plaintiff's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life sustained:

      a. In the past?            $ _275,000_

      b. In the future?       $ _175,000_

**TOTAL DAMAGES OF PLAINTIFF**

**(add lines 4a, 4b, 5a, 5b, 6a and 6b)**      $ _948,000_

SO SAY WE ALL, this __3__ day of March, 2023.

FOREPERSON

3